Rosario MARINELLO, Plaintiff–Appellant,

v.

**CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION, Defendant–Appellee.**

No. 09–17846.

United States Court of Appeals, Ninth Circuit.

Submitted April 5, 2011.*

Filed April 28, 2011.

Rosario Marinello, Marina, CA, pro se.

David Pai, Karen Kiyo Huster, Deputy Attorney General, AGCA–Office of the California Attorney General, Oakland, CA, for Defendant–Appellee.

Before: B. FLETCHER, CLIFTON, and BEA, Circuit Judges.

MEMORANDUM **

Rosario Marinello appeals pro se from the district court's summary judgment in his employment action alleging retaliation in violation of Title VII. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Learned v. City of Bellevue*, 860 F.2d 928, 931 (9th Cir.1988), and we affirm.

The district court properly granted summary judgment because Marinello failed to raise a genuine issue of material fact as to whether he engaged in protected activity, and whether defendant's legitimate, nondiscriminatory reasons for its decision not to hire Marinello as a correctional counselor were a pretext for retaliation. *See Ray v. Henderson*, 217 F.3d 1234, 1240 (9th Cir.2000); *see also Learned*, 860 F.2d at 932 (underlying discrimination must be reasonably perceived as prohibited by Title VII to constitute protected activity).

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Marinello's remaining contentions are unpersuasive.

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.